UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HAWK,<br><br>           Plaintiff,<br><br>      v.<br><br>FLIX NORTH AMERICA, INC., et al.,<br><br>           Defendants. | No. 2:23–cv–00049–KJM CKD PS<br><br>ORDER |

   Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c).  On April 4, 2023, the magistrate judge recommended this action be dismissed for lack of subject matter jurisdiction.  ECF No. 3.  Plaintiff objected.  ECF No. 4.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  Plaintiff's allegations about a bus ticket refund and a canceled quarter-million-dollar meeting do not support a claim to this court's subject matter jurisdiction.  *See Nietzke v. Williams*, 490 U.S. 319, 325 (1989); *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974).  He may be able to pursue relief in another more appropriate venue.

/////

Accordingly, IT IS ORDERED that:

1. The April 4, 2023 findings and recommendations (ECF No. 3) are adopted in full;
2. Plaintiff's motion to proceed in forma pauperis is DENIED AS MOOT;
3. The action is DISMISSED for lack of subject matter jurisdiction; and
4. The Clerk of Court shall CLOSE this case.

DATED: May 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE